**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | ) | |
|---|---|---|
| IN RE SEPRACOR INC. | ) | |
| DERIVATIVE LITIGATION | ) | Master File No. 06-CA-11759 RGS |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| ALL ACTIONS | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, as reported to the Court on November 12, 2007 in the parties' Joint Status Report, the parties have reached a settlement providing for the dismissal of this action as part of a Court-approved settlement of related derivative litigation brought by the shareholders of Sepracor Inc. ("Sepracor" or "the Company") in the Massachusetts Superior Court in an action entitled In Re: Sepracor Inc. Derivative Litigation, Civil Action No. 06-04057-BLS (the "State Action");

WHEREAS, on January 4, 2008, pursuant to Massachusetts Rule of Civil Procedure 23.1, the Massachusetts Superior Court entered a final Order approving the settlement in the State Action;

THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs hereby dismiss the above-captioned consolidated derivative shareholder action with prejudice. Except as provided in the settlement, each party shall bear its own costs and expenses.

Respectfully submitted,

/s/ Alan L. Kovacs_____
Alan L. Kovacs
LAW OFFICE OF ALAN L. KOVACS

2001 Beacon Street Suite 106
Boston, MA 02135
(617) 964-1177 (ph)
(617) 332-1223 (fax)

*Liaison Counsel for Plaintiffs*

/s/ Travis E. Downs_____
Travis E. Downs
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway Suite 1900
San Diego, CA 92101
(619) 231-1058 (ph)
(619) 231-7423 (fax)

/s/ Robert B. Weiser_____
Robert B. Weiser
THE WEISER LAW FIRM, P.C.
121 N. Wayne Avenue Suite 100
Wayne, PA 19087
(610) 225-2677 (ph)
(610) 225-2678 (fax)

*Lead Counsel for Plaintiffs*

/s/ Daniel W. Halston_____
Jeffrey B. Rudman (BBO #433380)
Daniel W. Halston (BBO #548692)
Gregory M. Reiser (BBO #662284)
Dyane L. Noonan (BBO #663809)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000 (ph)
(617) 526-5000 (fax)

*Counsel for Defendants Sepracor Inc., Timothy J. Barberich, James G. Andress, Digby W. Barrios, James F. Mrazek, Robert J. Cresci, Alan A. Steigrod, Timothy J. Rink, Robert F. Johnston, Keith Mansford, David P. Southwell, William J. O'Shea, James R. Hauske, Paul D. Rubin, Robert F. Scumaci, and Douglas E. Reedich.*

- 3 -

/s/ Russell Beck_____
Russell Beck (BBO #561031)
Foley & Lardner, LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000 (ph)
(617) 342-2001 (fax)

*Counsel for Defendant David S. Barlow*

Dated:  January 14, 2008

- 4 -

## CERTIFICATE OF SERVICE

    I, Dyane L. Noonan, hereby certify that the forgoing Stipulation of Dismissal With Prejudice, filed through the Court's Electronic Filing System on January 14, 2008, will be served electronically on counsel listed on the Court's Notice of Electronic Filing. I further certify that a paper copy will be delivered by hand to local liaison counsel for the Plaintiffs.

                                              /s/ Dyane L. Noonan

US1DOCS 6508176v1